ROBERT H. BUNZEL (SBN 99395)
  rbunzel@bzbm.com
MICHAEL D. ABRAHAM (SBN 125633)
  mabraham@bzbm.com
JAYNE LAIPRASERT (SBN 256930)
  jlaiprasert@bzbm.com
TIFFANY S. HANSEN (SBN 292850)
  thansen@bzbm.com
BARTKO ZANKEL BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Defendant
A.J. BOGGS & COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOHN DOE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A.J. BOGGS & COMPANY; and DOES 1-100,<br><br>　　　　Defendants. | Case No.<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Glenda R. Cayabyab, declare that:

At the time of service, I was over 18 years of age and not a party to this action. My business address is One Embarcadero Center, Suite 800, San Francisco, CA 94111.

On October 22, 2018, I served a true copy of the following document(s) described as follows:

- **NOTICE OF REMOVAL OF ACTION**
- **DECLARATION OF JAYNE LAIPRASERT IN SUPPORT OF NOTICE OF REMOVAL OF ACTION**
- **CIVIL COVER SHEET**

on the interested parties in this action as follows:

Patrick N. Keegan, Esq.
KEEGAN & BAKER, LLP
2292 Faraday Avenue, Suite 100
Carlsbad, CA  92008
pkeegan@keeganbaker.com
Tel:  760.929.9303
Fax:  760.929.9260
*Attorneys for Plaintiff*
*John Doe*

**BY FEDEX:**  I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 22, 2018, at San Francisco, California.

_____
Glenda R. Cayabyab