# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN DOE 1, JOHN DOE 2, and JOHN DOE 3, individually and on behalf of all similarly situated,**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**A.J. BOGGS & CO.,**<br><br>**Defendant** | **OLD CASE 1:19-CV-0061 DAD SKO**<br><br>**NEW CASE 1:19-CV-0061 AWI BAM**<br><br>**ORDER RELATING & REASSIGNING CASE AND REFERING CASES TO THE MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS** |

After a review of the Court's docket, it appears that this case is related to *John Doe v. A.J. Boggs & Co.*, 1:18-cv-1464 AWI BAM. See Local Rule 123. Because reassignment of this action to a single district judge and magistrate judge is likely to affect a savings of judicial effort and economy, it is appropriate to reassign this action to the docket of the undersigned. See Local Rule 123(c).

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Local Rule 123, this case is REASSIGNED to the dockets of Senior District Judge Anthony W. Ishii and Magistrate Judge Barbara A. McAuliffe;

2. The new case number will be: 1:19-cv-0061 AWI BAM, and all future filings in this case shall use this case number only;

3. This case, as well as *John Doe v. A.J. Boggs & Co.*, 1:18-cv-1464 AWI BAM, are referred to Magistrate Judge McAuliffe for the purpose issuing a scheduling order;

4. As part of the scheduling order process, the parties shall address the desirability of consolidating this case with *John Doe v. A.J. Boggs & Co.*, 1:18-cv-1464 AWI BAM; and

5. The Clerk shall file a copy of this order in the docket of *John Doe v. A.J. Boggs & Co.*, 1:18-cv-1464 AWI BAM.

IT IS SO ORDERED.

Dated: January 15, 2019

_____
SENIOR DISTRICT JUDGE