**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>A.J. BOGGS & COMPANY.<br><br>Defendant. | Case No. 1:19-CV-00061-AWI-BAM<br>Related Case No. 1:18-CV-01464-AWI-BAM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR PLAINTIFFS TO PROCEED UNDER PSEUDONYMS** |

Having considered the parties' Stipulation for Plaintiffs to Proceed Under Pseudonyms, and good cause appearing therefor, IT IS HEREBY ORDERED that

1. Plaintiff JOHN DOE in the Fresno Action, (Case No. 1:18-cv-01464-AWI-BAM), shall be permitted to proceed using the pseudonym "John A. Doe" in all pleadings filed with this Court in this action.

2. Plaintiffs JOHN DOE 1, JOHN DOE 2, and JOHN DOE 3 (Case No. 1:19-cv-00061-AWI-BAM), shall be permitted to proceed using the pseudonyms JOHN DOE 1, JOHN DOE 2, and JOHN DOE 3, respectively, in all pleadings filed with this Court in this action; and

3. Plaintiffs shall be permitted to proceed using pseudonyms in all pleadings filed with this Court for the additionally named plaintiffs to be identified in any future amended or consolidated complaint in this action.

4. The Clerk shall file a copy of this order in Case No. 1:18-cv-01464-AWI-BAM as well as Case No. 1:19-cv-00061-AWI-BAM.

IT IS SO ORDERED.

Dated: February 25, 2019

_____
SENIOR DISTRICT JUDGE