| | |
|---|---|
| 1  ABBAS KAZEROUNIAN (SBN 249203)<br>     ak@kazlg.com<br>2  MONA AMINI (SBN 296829)<br>     mona@kazlg.com<br>3  KAZEROUNI LAW GROUP, APC<br>   245 Fischer Avenue, Unit D1<br>4  Costa Mesa, California 92626<br>   Telephone: (800) 400-6808<br>5  Facsimile:  (800) 520-5523<br><br>6  *Attorneys for Plaintiffs JOHN DOE 1, et al*<br><br>7  PATRICK N. KEEGAN (SBN 167698)<br>     pkeegan@keeganbaker.com<br>8  KEEGAN & BAKER LLP<br>   2292 Faraday Avenue, Suite 100<br>9  Carlsbad, California 92008<br>   Telephone:    (760) 929-9303<br>10 Facsimile:      (760) 929-9260<br><br>11 *Attorneys for Plaintiff JOHN DOE* | ROBERT H. BUNZEL (SBN 99395)<br>     rbunzel@bartkolaw.com<br>MICHAEL D. ABRAHAM (SBN 125633)<br>     mabraham@bartkolaw.com<br>BARTKO LLP<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>Telephone: (415) 956-1900<br>Facsimile:  (415) 956-1152<br><br>*Attorneys for Defendant*<br>A.J. BOGGS & COMPANY |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>A.J. BOGGS & COMPANY.<br><br>           Defendant.<br><br>---<br><br>JOHN DOE, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>A.J. BOGGS & COMPANY; and DOES 1-100,<br><br>           Defendants. | Case No. 1:18−CV−01464−JLT−BAM<br>(Consolidated with 1:19-CV- 00061-AWI-BAM)<br><br>**STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P 41(a) WITH PREJUDICE AS TO THE RESPECTIVE INDIVIDUAL CLAIMS OF PLAINTIFF JOHN DOE, PLAINTIFF JOHN DOE 1, AND PLAINTIFF JOHN DOE 2; WITHOUT PREJUDICE AS TO THE INDIVIDUAL CLAIMS OF PLAINTIFF JOHN DOE 3; AND WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE CLASS** |

**TO THIS COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, in the consolidated action, Plaintiffs JOHN DOE, JOHN DOE 1, JOHN DOE 2, AND JOHN DOE 3 (collectively "Plaintiffs") , and Defendant A.J. BOGGS & COMPANY ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to dismiss this action pursuant to Fed. R. Civ. P. Rule 41(a)(1) with prejudice as to the individual claims of Plaintiff John Doe, with prejudice as to the individual claims of Plaintiff John Doe 1, with prejudice as to the individual claims of Plaintiff John Doe 2, without prejudice as to the individual claims Plaintiff John Doe 3, and without prejudice as the claims of the putative class.

A dismissal of this action without prejudice as to Plaintiff John Doe 3, and without prejudice as to the putative class, will not prejudice the unnamed class members whose claims are not being resolved by the parties' settlement, and notice to the unnamed class members is not required. *See e.g.*, *Karcauskas v. Regreso Fin. Servs. LLC*, No. 2:15-cv-09225-FMO-RAOx, 2018 U.S. Dist. LEXIS 238281, at *8 (C.D. Cal. Mar. 1, 2018) (court dismissing individual and class claims without notice to putative class members because "[n]either concession nor settlement of class claims is being made and this settlement will not affect any other pending cases or any right to bring an action by any putative class member"); *see also*, *Tombline v. Wells Fargo, NA,* No. 13-cv-04567, 2014 U.S. 17 Dist. LEXIS 145556 at *7-8, 2014 WL 5140048 at *2 (N.D. Cal. Oct. 10, 2014); *Luo v. Zynga, Inc.*, No. 18 13-cv-00186, 2014 U.S. Dist. LEXIS 13225 at *13, 2014 WL 457742, at **3-4 (N.D. Cal. Jan. 31, 2014) (Where the parties' settlement "does not seek to dismiss the class claims with prejudice[,] . . . the rights or claims of the putative class members are not compromised" and "dismissal is appropriate without notice to the putative class.").

In light of the above, counsel for the parties respectfully request that the Court grant the foregoing stipulated request for dismissal of this action and enter the concurrently filed Proposed Order dismissing this entire action pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii) with prejudice as to the individual claims of Plaintiff John Doe, with prejudice as to the individual claims of Plaintiff John Doe 1, with prejudice as to the individual claims of Plaintiff John Doe 2, without prejudice as

to the individual claims Plaintiff John Doe 3, and without prejudice as the claims of the putative class.

DATED: March 29, 2024　　　　　　　KAZEROUNI LAW GROUP, APC

　　　　　　　　　　　　　　　　　　By:　*/s/　Mona Amini*
　　　　　　　　　　　　　　　　　　　　Abbas Kazerounian
　　　　　　　　　　　　　　　　　　　　Mona Amini
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs,
　　　　　　　　　　　　　　　　　　　　JOHN DOE 1, JOHN DOE 2, JOHN DOE 3

DATED: March 29, 2024　　　　　　　KEEGAN & BAKER LLP

　　　　　　　　　　　　　　　　　　By:　*/s/　Patrick N. Keegan*
　　　　　　　　　　　　　　　　　　　　Patrick N. Keegan
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　JOHN DOE

DATED: March 29, 2024　　　　　　　BARTKO LLP

　　　　　　　　　　　　　　　　　　By:　*/s/　Michael D. Abraham*
　　　　　　　　　　　　　　　　　　　　Michael D. Abraham
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　A.J. BOGGS & COMPANY

# **CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is KAZEROUNI LAW GROUP, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On March 29, 2024, I served the within document(s):

**STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P 41(a) WITH PREJUDICE AS TO THE RESPECTIVE INDIVIDUAL CLAIMS OF PLAINTIFF JOHN DOE, PLAINTIFF JOHN DOE 1, AND PLAINTIFF JOHN DOE 2; WITHOUT PREJUDICE AS TO THE INDIVIDUAL CLAIMS OF PLAINTIFF JOHN DOE 3; AND WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE CLASS**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 29, 2024, at Costa Mesa, California.

                                                 /S/ MONA AMINI
                                                 MONA AMINI