| | |
|---|---|
| ABBAS KAZEROUNIAN (SBN 249203)<br>　ak@kazlg.com<br>MONA AMINI (SBN 296829)<br>　mona@kazlg.com<br>KAZEROUNI LAW GROUP, APC<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, California 92626<br>Telephone: (800) 400-6808<br>Facsimile:  (800) 520-5523 | ROBERT H. BUNZEL (SBN 99395)<br>　rbunzel@bartkolaw.com<br>MICHAEL D. ABRAHAM (SBN 125633)<br>　mabraham@bartkolaw.com<br>BARTKO LLP<br>One Embarcadero Center, Suite 800<br>San Francisco, California 94111<br>Telephone: (415) 956-1900<br>Facsimile:  (415) 956-1152 |

*Attorneys for Plaintiffs JOHN DOE 1, et al*

*Attorneys for Defendant*
*A.J. BOGGS & COMPANY*

PATRICK N. KEEGAN (SBN 167698)
　pkeegan@keeganbaker.com
KEEGAN & BAKER LLP
2292 Faraday Avenue, Suite 100
Carlsbad, California 92008
Telephone:　(760) 929-9303
Facsimile:　　(760) 929-9260

*Attorneys for Plaintiff JOHN DOE*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>A.J. BOGGS & COMPANY.<br><br>　　　　　Defendant.<br><hr>JOHN DOE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A.J. BOGGS & COMPANY; and DOES 1-100,<br><br>　　　　　Defendants. | Case No. 1:18−CV−01464−JLT−BAM<br>(Consolidated with 1:19-CV- 00061-AWI-BAM)<br><br>**[PROPOSED] ORDER RE: STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P 41(a) WITH PREJUDICE AS TO THE RESPECTIVE INDIVIDUAL CLAIMS OF PLAINTIFF JOHN DOE, PLAINTIFF JOHN DOE 1, AND PLAINTIFF JOHN DOE 2; WITHOUT PREJUDICE AS TO THE INDIVIDUAL CLAIMS OF PLAINTIFF JOHN DOE 3; AND WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE CLASS** |

Having received the Stipulation of Plaintiffs John Doe, John Doe 1, John Doe 2, and John Doe 3 and Defendant A.J. Boggs & Company, in this consolidated action, by and through their respective counsel of record, to dismiss this action pursuant to Fed. R. Civ. P. Rule 41(a)(1) with prejudice as to the respective individual claims of Plaintiff John Doe, Plaintiff John Doe 1, and Plaintiff John Doe 2, without prejudice as to the individual claims of Plaintiff John Doe 3, and without prejudice as the claims of the putative class, IT IS HEREBY ORDERED AS FOLLOWS:

- Plaintiff John Doe's individual claims in this action are dismissed with prejudice.
- Plaintiff John Doe 1's individual claims in this action are dismissed with prejudice.
- Plaintiff John Doe 2's individual claims in this action are dismissed with prejudice.
- Plaintiff John Doe 3's individual claims in this action are dismissed without prejudice.
- The claims of the putative class in the consolidated action are dismissed without prejudice.

**Consistent therewith, as specifically Ordered herein, the entire consolidated action is DISMISSED.**

**IT IS SO ORDERED.**

DATED: _____

_____
HON. BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE